1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10          **EASTERN DIVISION**

11

12   FRANK V. ZAMORA,                                    )      No. ED CV 11-2018-PLA
                                                         )
13                          Plaintiff,                   )
                                                         )      **JUDGMENT**
14                   v.                                  )
                                                         )
15   MICHAEL J. ASTRUE,                                  )
     COMMISSIONER OF SOCIAL                              )
16   SECURITY ADMINISTRATION,                            )
                                                         )
17                          Defendant.                   )
                                                         )
18

19          In accordance with the Memorandum Opinion filed concurrently herewith,

20          IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social

21   Security Administration, is reversed and this case is remanded for further administrative

22   proceedings consistent with the Memorandum Opinion.

23

24   DATED: October 12, 2012
                                                  _____
25                                                         PAUL L. ABRAMS
                                                  UNITED STATES MAGISTRATE JUDGE
26

27

28